██ In the Matter of JEREMY DANIEL KNEE, an Attorney. [54 NYS3d 463]—

Per Curiam. Jeremy Daniel Knee was admitted to practice by this Court in 2012 and lists a business address in Jefferson City, Missouri with the Office of Court Administration. Knee now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Knee's application.

Upon reading the affidavit of Knee sworn to November 14, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Knee is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

McCarthy, J.P., Egan Jr., Rose, Clark and Aarons, JJ., concur. Ordered that Jeremy Daniel Knee's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Jeremy Daniel Knee's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that, effective immediately, Jeremy Daniel Knee is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Knee is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or

to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further ordered that Jeremy Daniel Knee shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.